# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA22 | E 1514077 | O'Garro | 263 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/02/2025 1420 | 36 CFR 1004.22 (b)(2) |

**Place of Offense:** Girard Rd and Edie Rd.

**Offense Description:** Operate vehicle in manner to cause tires to squeal or skid

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (415) 685-7903

Last Name: Arambula
First Name: Albert

Street Address: 1029 [redacted]

City: San [redacted]

Drivers License: C54[redacted]

VEHICLE

Tag No: 8FQ[redacted]

### A ☐ APPEARANCE IS REQUIRED
If box A is checked, you must appear in court. See instructions.

### B ☒ APPEARANCE IS OPTIONAL
If box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee
$ 130 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E151407/*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Nov 2, 20 25 while exercising my duties as a law enforcement officer in the Northern District of CA

See attached Report

25-01433

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/02/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

Department of the Interior LE RMS

## Incident # 25016433 - Citation Upload (Paper Ticket) Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | PRIMARY OFFICER |
|---|---|---|
| Nov 2, 2025 15:17 PST | Nov 2, 2025 14:20 PST - 14:40 PST | CARSON OGARRO #0263 |
| AGENCY | | SUBDIVISION 1 / SUBDIVISION 2 / SUBDIVISION 3 / SUBDIVISION 4 / SUBDIVISION 5 |
| US Park Police | | SFFO / DISTRICT 8 / 814 / PRSF |
| REPORT TAKEN LOCATION | | |
| 1029 GIRARD RD PRSF NPS, 1029 GIRARD RD, EDIE RD & (E3), SAN FRANCISCO, CA 94129 | | |

**EVENT STATISTICS**

■ BWC/MVC Used  ☐ Government (DOI Agency) Employee Involved

☐ Government (Non-DOI Agency) Employee Involved  ☐ Government Concessions Employee Involved

☐ Government Contractor Involved  ☐ K-9 Deployed

☐ Pursuit  ☐ Weapons Displayed

## PROBABLE CAUSE STATEMENT

On Sunday, November 2nd, 2025, at 1420 hours. I, ID Tech Ogarro (897) was assigned to patrol as Car 815 in full USPP uniform driving a fully marked USPP SUV.

During routine patrol at the intersection of Girard Road and Edie Road, I observed a white Lexus SC430 with CA plate 8FQZ069 at the intersection facing south preparing to make a left to the eastbound direction onto Edie Road.

The vehicle accelerated at a high rate of speed from a stop position, making the left turn directly behind another vehicle traveling north on Girard Road. The Lexus came within 1 – 2 feet of colliding with the passing vehicle which had the right of way. The tires of the Lexus started to squeal as the front of the vehicle raised up indicating fast acceleration.

The driver side window to my cruiser was fully open as I observed the vehicle. The engine of the vehicle was making a racing sound similar to any vehicle accelerating from a stop position at a high rate of speed.

The road surface was asphalt and dry, as the vehicle accelerated, I observed small pebbles and dust raise up from the asphalt and get thrown backwards. The driver, who was fully visible since the vehicle was a convertible with the top fully retracted, appeared to be actively trying to keep control of the vehicle as the tires spun and squealed.

I drove off behind the vehicle and had to bring my vehicle speed from zero to 49 MPH to catch up to the Lexus that was already roughly 600 feet away (approximately a city block distance). The time between my observation and response to the violation was only about 3 seconds.

I activated all my emergency equipment and conducted a traffic stop on the Lexus.

The driver was identified as ARAMBULA, ALBERT. ARAMBULA stated he was in a rush and believed that his vehicle did not drive off at a high rate of speed and that he committed no violations.

An NCIC check was completed for ARAMBULA. He came back with a SF criminal history for DUI, resisting and danger potential to law enforcement, with clearance for any wants or warrants.

An NCIC check of the vehicle was clear and valid.

I issued ARAMBULA a CFR violation notice for 36 CFR 1004.22(b)(2) – Operating a vehicle in a manner to cause tires to squeal or skid.

ARANBULA was released without further incident.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PRINT NAME | PRINT NAME |
| CARSON OGARRO #0263   Nov 2, 2025 15:55 PST | |

Department of the Interior LE RMS
Mark43 RMS Form v2.0 generated by C. OGARRO #0263 on Nov 2, 2025 15:56 PST.
Pg 1 of 2

CVB SCAN 11/10/2025 15:39

BWC available

End of report.

# CITATION DATA

| CITATION TYPE | CITATION NUMBER |
|---|---|
| Federal Citation (CVB) | E1514077 |

**CITATION LOCATION**
1030 GIRARD RD PRSF NPS, 1030 GIRARD RD, EDIE RD & (E4), SAN FRANCISCO, CA 94129

**CHARGE OFFENSE - 1**
36 CFR 4.22(b)(2) NPS - Squealing tires

## SUBJECT INFORMATION-1

| SUBJECT INFORMATION-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| CR-1 ARAMBULA, ALBERT A III | 1967-09-28 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Unknown | (415) 685-7903 (primary, Mobile Phone) |

**HOME ADDRESS**
1030 GIRARD RD PRSF NPS, 1030 GIRARD RD, EDIE RD & (E4), 206B, SAN FRANCISCO, CA 94129

## VEHICLE: LEXUS SC 2003

| ITEM CATEGORY | MAKE | MODEL | YEAR OF MANUFACTURE |
|---|---|---|---|
| Automobile/Passenger Car | Lexus | Sc | 2003 |

**DESCRIPTION**
White 2 door coupe Convertible

| LICENSE PLATE / REGISTRATION # | VIN # |
|---|---|
| 8FQZ069 | JTHFN48YX30040876 |

| BODY STYLE | PRIMARY COLOR |
|---|---|
| Coupe | White |

**ITEM - OWNER**
ALBERT A ARAMBULA III

| PROPERTY LOSS STATUS (NIBRS) | STATUS DATE | TOTAL ($) VALUE | IMPOUNDED / TOWED |
|---|---|---|---|
| Not Reportable to NIBRS | Nov 2, 2025 | UNKNOWN | No |

**QUANTITY**
1

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| White 2 door coupe Convertible / Lexus / Sc / White | Not Reportable to NIBRS / Nov 2, 2025 | JTHFN48YX30040876 | 1 | UNKNOWN |

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | MIDDLE NAME | NAME SUFFIX |
|---|---|---|---|
| ALBERT | ARAMBULA | A | III |

| DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY | SEX | DECEASED |
|---|---|---|---|
| 1967-09-28 | White / Unknown | Male | ☐ YES ■ NO |

**HOME ADDRESS-1**
1030 GIRARD RD PRSF NPS, 1030 GIRARD RD, EDIE RD & (E4), 206B, SAN FRANCISCO, CA 94129

**ENTERED DATE**
Nov 2, 2025

| PHONE NUMBER | HEIGHT | WEIGHT | EYE COLOR |
|---|---|---|---|
| (415) 685-7903 (primary, Mobile Phone) | 5' 11" | 200 lbs | Brown |

| HAIR COLOR / LENGTH / STYLE | DRIVER'S LICENSE # | DL STATE |
|---|---|---|
| Brown | C5459605 | California |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PRINT NAME<br>CARSON OGARRO #0263   Nov 2, 2025 15:55 PST | PRINT NAME |

Department of the Interior LE RMS    Pg 2 of 2
Mark43 RMS Form v2.0 generated by C. OGARRO #0263 on Nov 2, 2025 15:55 PST.

CVB SCAN 11/10/2025 15:39